**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                          Case No. 3:05-cr-159(S1)-J-32HTS

RONALD ROBERT EVANS, SR.
_____

**O R D E R**

This cause is before the Court on the following:

1. The Motion to Strike Surplusage (Doc. #30; Motion). The government opposes the relief sought in the Motion. *See* Government's Opposition to Defendant's Motion to Strike Surplusage (Doc. #33). Defendant has not shown any prejudice would arise from the alleged surplusage. He expresses concern the indictment "will be read to the jurors and a copy given to them for their deliberation[.]" Motion at 4. However, there is no indication the trial judge actually intends to publish to the jury the portions of the indictment at issue. Accordingly, the Motion (Doc. #30) is **DENIED** without prejudice to a similar motion being made at trial, if necessary.

2. The Motion for Modification of Conditions of Release (Doc. #36; Motion for Modification). The United States opposes the

relief sought. Government's Opposition to Defense Motion to Modify Release Conditions (Doc #39). Upon consideration, the Motion for Modification (Doc. #36) is **DENIED.** While Defendant must avoid contact with laborers, he has not been prohibited from contacting (or hiring) managerial employees or other individuals who could supervise or transport laborers.

  **DONE** and **ORDERED** at Jacksonville, Florida, this 26th day of September, 2005.

            /s/   Howard T. Snyder
            HOWARD T. SNYDER
            UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
  and *pro se* parties, if any