**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO.  3:05-cr-159(S2)-J-32HTS

RONALD ROBERT EVANS, SR., et al.

**O R D E R**

This cause is before the Court on the following matters:

1.      The Motion for Production and Inspection of Grand Jury Proceedings and for
Pre-Trial Production of Jencks Act Material (Doc. #139), which is **GRANTED** as to
paragraphs 1(a), 1(b), 2(a), 2(b) as required by *Brady v. Maryland*, 373 U.S. 83 (1963)
(hereinafter *Brady*), or the Jencks Act, 18 U.S.C. § 3500 (hereinafter Jencks Act); 1(c), 1(d),
2(c), 2(d) as required by *Brady*, the Jencks Act, or Federal Rule of Criminal Procedure 16;
3 to the extent the United States has agreed to provide Jencks Act materials by the Thursday
prior to trial.  *See* Government's Consolidated Response to Defendant Evans, Sr.'s
Discovery Motions (Doc. #171) at 14.  Otherwise, it is **DENIED**.

This ruling is made applicable to all Defendants.  To the extent discovery materials
have not otherwise been provided under the relevant standing order and subject to any
deadlines contained therein, the United States shall comply with this Order within ten (10)
days.

2.       Co-defendant Jequita D. Evans Motion to Adopt Motions of Ronald Robert

Evans Sr. (Doc. #167) and the Motion to Adopt (Doc. #168), which are **GRANTED**.  *See also*

Order (Doc. #188) at 6 (applying rulings to all Defendants); paragraph 1 herein.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of November, 2005.


*I*s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
        *pro se* parties, if any

2