**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:05-cr-159(S2)-J-32HTS

RONALD ROBERT EVANS, SR.

## O R D E R

This cause is before the Court on Defendant Ronald Robert Evans, Sr.'s Motion for Rule 6(e) Order (Doc. #181; Motion).[1] The United States has responded thereto. Government's Opposition to Motion for Rule 6(e) Order as Moot (Doc. #184).

Consistent with the reasoning set forth in the Order (Doc. #187) granting the Motion to Unseal Grand Jury Testimony/Evidence (Doc. #174), the Court is of the view only a very limited secrecy interest could remain in the materials at issue. Accordingly, the Motion (Doc. #181) is **GRANTED** to the extent the parties are authorized to disclose such information in connection with these proceedings. The materials may be filed in the public record by either party to support any appropriate request for relief.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of November, 2005.

/s/   Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

---

[1] This matter was referred to the undersigned by the Honorable Timothy J. Corrigan, United States District Judge. Order (Doc. #219).

Copies to:

Counsel of Record
    *pro se* parties, if any