**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                            3:05-cr-159(S4)-J-32MCR

RONALD ROBERT EVANS, SR.
_____

**O R D E R**

**THIS CAUSE** is before the Court on the Motion for Admission Pro Hac Vice (Doc. 819) filed May 25, 2007 and the Motion for Waiver of Local Counsel (Doc. 830) filed June 6, 2007.

Attorney, J. Mark Payne, seeks admission pro hac vice to represent Johnston County Tax Collector in this matter.  Mr. Payne is licensed to practice in the state of North Carolina and is a member of the United States District Court for the Eastern District of North Carolina.  Additionally, Mr. Payne asks that the written designation and consent-to-act requirements of Local Rule 2.02(a) be waived.

Local Rule 2.02(a) of the Local Rules for the Middle District of Florida provides that, "the non-resident attorney shall pay a fee equal to the fee prescribed in Rule 2.01(d), and the written designation shall certify the non-resident attorney's payment of the fee."  Here, neither the motions or a review of the docket indicate that Mr. Payne has paid the fee.

The Court would also note that any attorney who appears specially pursuant to Local Rule 2.02(a) or (b) is also deemed to be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, and the Code

of Professional Responsibility that sets forth the proper professional behavior of members of the Florida Bar.  The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.  The parties may want to pay particular attention to Local Rule 3.01(g), which requires a moving party to confer with opposing counsel prior to filing most motions and to advise the Court whether counsel agree on the resolution of the motion.[1]

Accordingly, after due consideration, it is

**ORDERED**:

1.	The Motion for Admission Pro Hac Vice (Doc. 819) and Motion for Waiver of Local Counsel (Doc. 830) are **GRANTED** upon payment of the appropriate fee. **taken under advisement**.

2.	J. Mark Payne may appear specially as counsel for the Johnston County Tax Collector in this cause in accordance with Local Rule 2.02 once the appropriate fee has been paid.  Additionally, the Local Counsel Designation requirements of Local Rule 2.02(a) are hereby waived.

---

[1] The instant motion does not contain a certificate as required by Local Rule 3.01(g).  In the future any motions not complying with the Local Rules will be either denied without prejudice or stricken.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this   19th   day of June, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record